KBM
3/2/15

FILED

2015 MAR -2 AM 9: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____EF_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      v.<br><br>Mike Louis MUSCH,<br><br>                              Defendant. | Case No.: '15 MJ8213<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. §2252(a)(2)<br>Distribution of Images of Minors<br>Engaged in Sexually Explicit Conduct;<br><br>Title 18 U.S.C. §2252(a)(4)(B)<br>Possession of Matters Containing Minors<br>Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

## Count One

On or about and between December 1, 2013 and May 13, 2014, within the Southern District of California, defendant, Mike Louis MUSCH did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the

use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## Count Two

On or about May 13, 2014, within the Southern District of California, defendant Mike Louis MUSCH did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Jeremy A. Nielsen, Special Agent
Federal Bureau of Investigation

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF March 2015.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Mike Louis MUSCH

## STATEMENT OF FACTS

I have been a Special Agent (SA) of the Federal Bureau of Investigation (FBI) since August 2007.  I am currently assigned to the FBI San Diego Division in the Imperial County Resident Agency and investigate child sex exploitation violations under Title 18 of the United States Code. I have received training and instruction on conducting child exploitation investigations and have participated in investigations for child exploitation cases. I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

On December 1, 2013, FBI Special Agent (SA) Eric R. Campbell, while working in an online undercover capacity, signed on to the Peer-to-Peer (P2P) file sharing program Ares.  While conducting investigations on the Ares P2P file sharing network, SA Eric R. Campbell determined that potential files containing child pornography were being shared using a computer assigned the Internet Protocol (IP) address 76.178.34.1 (SUBJECT IP ADDRESS).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The SUBJECT IP ADDRESS was being used to share files which have been previously identified by their hash value to be related to child abuse material. The following file, made available by a computer at SUBJECT IP ADDRESS, was successfully downloaded: FILE NAME—"!!!new ‑ neighborhood kids ( boy fuck girl ) 3 min.mpg". The file was downloaded solely from the SUSPECT IP ADDRESS, which was utilizing the Ares User Name: "nunya@Ares" (SUSPECT USER ID).

The file is a video, approximately 3 minutes and 9 seconds in length. The video depicts two prepubescent juveniles, one male and one female, engaging in sexual intercourse (penis to vagina). The juveniles are estimated to be between the ages of eight and eleven years old. The juveniles are clothed in the beginning, and laughing and wrestling on a bed. The boy removes the girl's underwear. The girl then lies face down on a bed. The boy gets on top of her from behind and begins penetrating the girl from behind. The two appear to be coached by an adult male who can be seen in front of the camera.

On December 1, 2013, a check of the SUBJECT IP ADDRESS conducted through the American Registry for Internet Numbers (ARIN) indicated the IP address was registered to Time Warner Cable Internet LLC. An administrative subpoena was issued to Time Warner Cable on December 12, 2013 requesting subscriber information for SUBJECT IP ADDRESS. The results were received on December 19, 2013, indicating the subscriber for SUBJECT IP ADDRESS at the time of the download was Mike L. Musch at 1736 West Hamilton Avenue, El Centro, California.

SUSPECT USER ID (nunya@Ares) was also observed to be online, making available files associated with child pornography, on February 27, 2014, using the IP address 98.145.196.29.   An Administrative Subpoena for 98.145.196.29 was issued to Time Warner Cable and results of the subpoena indicated the subscriber was Mike L. Musch of 1736 West Hamilton Avenue, El Centro, California. The subscriber had been leasing that IP address since January 21, 2014.

On May 13, 2014, FBI agents executed a federal search warrant at 1736 West Hamilton Avenue, El Centro, California.  Mike MUSCH, a resident at the address, was encountered at the residence during the search. The search of the residence resulted in the seizure of several computers and numerous internal and external hard drives from MUSCH's bedroom.  There was an HP computer with four internal hard drives attached to it.  On the bedroom floor, near this computer, was an Iomega 500 GB USB2 External Hard Drive, Serial Number WDAK500454 (the "Iomega").

During the execution of the search warrant, Mike MUSCH agreed to speak voluntarily with FBI agents.  During the interview, MUSCH admitted to using the Ares P2P file sharing network and having a username of nunya@Ares.  MUSCH indicated he had a folder titled "Ares no-no's" and stated it contained files he was not supposed to have.

A forensic analysis was completed on the other computers and hard drives seized from MUSCH's bedroom.  As for the HP with the four internal hard drives attached to it, the registered owner for these hard drives were listed as Dingler, Inc., M1, B@ilman, and

Tina. Ares P2P software was located on this system. A forensic review of several of MUSCH devices revealed various sexually explicit videos of minors. These images and videos had not been deleted, but were all stored in file folders, including shared folders, in allocated space.

With regards to the Iomega, sexually explicit videos of minors were located in folders such as "consolidated ARES Folder" and with titles such as "16 anos virgem sexo.mpg"; "16yr learns to love black cock & cum [comp].mpg"; "grownup teaching a 15 year old how to have sex.mpg"; and "Namei fuck my 14 yrs old girl neighbor daughter.mpeg" as well as folders such as "Ares-know-nos" and "recovered from hp fukup partition".

Below are two sample video files, and the details of what those video files portray, from MUSCH's Iomega external hard drive:

1) FilePath:S00_151375.E01/Partition1/Iomega_HDD[NTFS]/[root]/recovered from hp fukup partition/FILE01662.mpg
File Name: FILE01662.mpg
File Created: 01/05/14

This file is identical in content and depiction to the file downloaded by SA Eric Campbell during his undercover online activity on December 1, 2013 but contains a different hash value.

The length, content, and description of the video file are identical to the downloaded file.

2) FilePath: S00_151375.E01/Partition1/Iomega_HDD[NTFS]/[root]/Ares-know-no's/11 drugged daughter.mpg
File Name: 11 drugged daughter.mpg
File Created: 04/18/2011

VBM

1        The file is approximately 2 minutes and 14 seconds in length. The video depicts a

2   non-responsive prepubescent female lying nude, face up, on a bed. An adult male fondles

3   the genitals of the girl with his hand and digitally penetrates her. He then spreads the

4

5   girl's legs further apart and proceeds to rub his erect penis on her genitals and penetrates

6   her. He ejaculates on the genitals of the girl.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28